## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 5:24-cv-000863-HE |
| ASSET SERVICING GROUP, SDM HOLDINGS LLC, Operating As An Oklahoma Entity and Connecticut Entity, and AVON CAPITAL LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") makes the following disclosure:

1.      MassMutual is an insurance company incorporated in the State of Massachusetts with its principal place of business located at 1295 State Street, Springfield, MA 01111.

2.      MassMutual is a nongovernmental corporate party.

3.      MassMutual does not have a parent corporation or any publicly held corporation owning 10% or more of its stock.

Date: August 22, 2024

*s/Andrew M. Bowman*

Andrew M. Bowman-OBA# 22071
Peyton S. McMillin-OBA# 34721
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
andrewbowman@oklahomacounsel.com
peytonmcmillin@oklahomacounsel.com

ATTORNEYS FOR PLAINTIFF
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY