IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company; and SDM HOLDINGS, LLC, a Connecticut Limited Liability Company,<br><br>    Defendants. | Case No. CIV-24-0863-HE |

## ORDER

Plaintiff Massachusetts Mutual Life Insurance Company ("Mass Mutual") filed this interpleader action on August 21, 2024 and filed an amended complaint on October 28, 2024. Returns of service as to both defendants were filed on November 1, 2024, indicating that both defendants had been served by certified mail. *See* [Doc. #9 and 10]. On November 19, 2024, defendant SDM Holdings, LLC, an Oklahoma Limited Liability Company (SDM-Oklahoma) filed its answer. *See* [Doc. #13]. On January 30, 2025, defendant SDM Holdings, LLC, a Connecticut Limited Liability Company (SDM-Connecticut) filed its answer. *See* [Doc. #26].

Mass Mutual moved the court for an order permitting it to pay into the registry of the court the proceeds, including any applicable interest, of a life insurance policy; discharging it from any further liability upon deposit of the proceeds; enjoining defendants from instituting any action or proceeding against it for recovery of the proceeds, and

dismissing it from this action, *see* [Doc. #32], which this court granted on March 25, 2025. *See* [Doc. #33]. On April 8, 2025, the court received Mass Mutual's interpleader deposit. *See* [Doc. #34].

SDM-Oklahoma has now moved for summary judgment regarding the ownership of the proceeds, and any applicable interest, of the life insurance policy at issue in this case.[1] SDM-Connecticut has filed no response.[2] However, even in the absence of a response, the court must still determine whether the Rule 56 standard is met – whether SDM-Oklahoma's submissions demonstrate that no material issues of fact remain and that it is entitled to judgment as a matter of law. *See* Murray v. City of Tahlequah, 312 F.3d 1196, 1200 (10th Cir. 2002).

Here, SDM-Oklahoma's submissions meet the summary judgment standard. As set forth in undisputed material fact 9, the court determined in the Universitas Litigation that the Mass Mutual policy was acquired and nominally held by SDM-Oklahoma. *See* [Doc. #761] in Case No. FJ-14-05-HE. Based upon this determination, the court concludes, as a matter of law, that SDM-Oklahoma is entitled to the insurance proceeds held in the Court Registry in the amount of $39,374.96, plus applicable interest, if any.

---

[1] *The motion was filed by the Receiver of Avon Capital, LLC (Avon Capital) in* Universitas Education, L.L.C. v. Nova Group, Inc., *Case No. FJ-14-05-HE, pending in the United States District Court for the Western District of Oklahoma (Universitas Litigation). In the Universitas Litigation, this court found that Avon Capital is the sole member of SDM-Oklahoma.*

[2] *Pursuant to Local Civil Rule 56.1(e), the court deems admitted for the purpose of summary judgment the Statement of Material Facts to Which No Genuine Dispute Exists set forth in SDM-Oklahoma's motion for summary judgment.*

Accordingly, SDM-Oklahoma's motion for summary judgment [Doc. #35] is **GRANTED**.  Judgment will be entered in favor of SDM-Oklahoma.

**IT IS SO ORDERED**.

Dated this 15th day of September, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE