# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company; and SDM HOLDINGS, LLC, a Connecticut Limited Liability Company,<br><br>   Defendants. | Case No. CIV-24-0863-HE |

## JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of defendant SDM Holdings, LLC, an Oklahoma Limited Liability Company (SDM-Oklahoma) finding that SDM-Oklahoma is entitled to the insurance proceeds held in the Court Registry in the amount of $39,374.96, plus applicable interest, if any.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE